

T,UVⓆJÞÁÕÜŒⱣVÒÖ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:11-00003 |
| | ) | Judge Sharp |
| | ) | |
| WILLIAM EARL McGUIRE, JR. | ) | |

## MOTION TO REVOKE WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Doug Thoresen, former attorney for William Earl McGuire, Jr., moves to revoke the Writ of

Habeas Corpus Ad Testificandum for **Adam Cook**, **#359470,** since the case against William

McGuire has been continued.

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN, BPR #004012
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2012, I electronically filed the foregoing *Motion to Revoke Writ of Habeas Corpus Ad Testificandum* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **William Lee Deneke**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN