UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:11-cr-0003 |
| v. ) | Judge Sharp |
| ) | |
| WILLIAM EARL McGUIRE, JR. ) | |

POSITION OF THE GOVERNMENT
WITH RESPECT TO THE SENTENCING FACTORS

The United States has no objection to the sentencing guideline calculations or to the sentencing factors contained within the Presentence Investigation Report.

Pursuant to U.S.S.G § 3E1.1(b), the United States moves the Court to apply the three level reduction for acceptance of responsibility, as calculated in the PSR.

The government recommends that the defendant be sentenced to 192 months incarceration followed by 10 years supervised release, as agreed to by the parties in the plea agreement, entered into under Rule 11(c)(1)(C), *Federal Rules of Criminal Procedure*.

The government does not intend to present any witnesses at the sentencing hearing.

    Respectfully submitted,

    JERRY E. MARTIN
    United States Attorney for the
    Middle District of Tennessee

    By: */s/ William L. Deneke*
    Assistant United States Attorney
    A-961 U.S. Courthouse
    110 Ninth Avenue South
    Nashville, Tennessee 37203
    Telephone: 615-736-5151

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent via the Court's electronic filing system to Michael Terry & Stephanie Gore, attorneys for the defendant, and via internal courthouse mail to Adam Hirsch, United States Probation Officer, this 31st day of January, 2013.

*/s/ William L. Deneke*
Assistant United States Attorney