UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
6th Circuit DIVISION

RECEIVED IN CLERK'S OFFICE
MAY 12 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES OF AMERICA, )
   Plaintiff - Respondent, )
) USDC Case No: 2:11 00003-01
)
vs. )
)
WILLIAM E. McGUIRE JR. ) Hon. KEVIN H. SHARP
) United States District Judge
   Defendant - Petitioner. )

## PRO SE MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

(Retroactive Guideline Amendment 782)

I hereby respectfully request a modification or reduction of my sentence pursuant to 18 U.S.C. §3582(c)(2) and the new guideline amendment 782 to the United States Sentencing Guidelines, which make a reduction in the base offense level for most drug offenses retroactive as of November 1, 2014.

In support of my motion, I state as follows:

1. I am currently serving a federal term of imprisonment.

2. My sentence was based, at least in part on drugs __YES__ (Yes/No)

3. I was sentenced in the __6th MIDDLE__ District of __TENNESSEE__ by Judge __KEVIN H. SHARP__ on __2/1/13__ (date) to a term of __192__ months in prison. My total offense level was __39__ and my criminal history category was __6__.

4. My projected release date is __5/24/2024__

5. I hereby request a court appointed attorney _YES_ (Yes/No) and permission to proceed in forma pauperis.

Signature of Petitioner _William E McGuire_ Date: _5/6/15_

Print or Typed Name: _William McGuire_ Reg. No. _20849-075_

Current Address: _P.O. Box 300, WAYMART, PA 18472_
_United States Penitentiary Canaan_

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was sent via postage prepaid United States Mail to the Office of the U.S. Attorney for the _MIDDLE_ District of _TENNESSEE_ this _6_ day of _MAY_, 2015.

Signature: _William McGuire_