# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:11-cr-00003-1 |
| | ) | CHIEF JUDGE SHARP |
| WILLIAM EARL MCGUIRE, JR. | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby submits the following response in opposition to the defendant's motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782. (Docket No. 293). Consistent with the findings acknowledged in the defense counsel's Supplemental Brief (Docket No. 296), the government asserts that the defendant's guideline range has not been lowered as a result of Amendment 782. Because the defendant is not eligible for a reduction in his sentence based upon recent amendments to the Sentencing Guidelines, his request for sentence modification should be denied.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*/s/ William Lee Deneke*
William Lee Deneke
Assistant United States Attorney
110 9th Avenue, South, Suite A-96l
Nashville, Tennessee 37203
(615) 736-5151

## CERTIFICATE OF SERVICE

       I hereby certify that on May 27, 2016, the following document was sent via the court's electronic case filing system to Sumter L. Camp, attorney for the defendant.

                                        */s/ William Lee Deneke*
                                        William Lee Deneke
                                        Assistant United States Attorney