UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:11-cr-003-1 |
| | ) | Judge Sharp |
| WILLIAM EARL McGUIRE, JR. | ) | |

**RESPONSE OF THE UNITED STATES TO PETITIONER'S
MOTION REQUESTING *JOHNSON* SENTENCE REDUCTION**

Defendant McGuire filed a *pro* se motion requesting sentence reduction pursuant to *Johnson v. United States,* 135 S.Ct. 2551 (2015). The Court appointed the Federal Public Defender to represent McGuire. On September 13, 2016, McGuire's appointed attorney filed a supplemental brief, concluding that McGujre is entitled to no relief (D.E. 302).

The United States concurs with the analysis contained in the supplemental brief. McGuire has two qualifying prior drug convictions, which qualify him as a career offender and for the enhancements contained in U.S.S.G. § 2K2.1, even if *Johnson* is ultimately held to be applicable to those provisions. McGuire is entitled to no sentencing relief.

    Respectfully submitted,

    DAVID RIVERA
    United States Attorney for the
    Middle District of Tennessee

    By: */s/ William L. Deneke*
    Assistant United States Attorney
    A-961 U.S. Courthouse
    Nashville, Tennessee 37203
    Telephone: 615-736-5151

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading was provided by the Court's electronic filing system to Sumter Camp, attorney for William McGuire, on the 14th day of September, 2016.

    */s/ William L. Deneke*
    Assistant United States Attorney